Form 3-1

# UNITED STATES COURT OF INTERNATIONAL TRADE

|  |  |
|---|---|
| ZHEJIANG DINGLI MACHINERY CO., LTD., <br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES,<br><br>　　　　　　　Defendant. | **SUMMONS**<br><br>Court No. 26-00756 |

**TO:** The Attorney General, the Department of Commerce, and/or the Commissioner of U.S. Customs and Border Protection, and/or the United States International Trade Commission:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. §1581(c) to contest the determination described below.



**/s/ Gina Justice**
Clerk of the Court

1. <u>Name and standing of plaintiff:</u>

Plaintiff Zhejiang Dingli Machinery Co., Ltd. ("Dingli") is a foreign producer and exporter of Mobile Access Equipment and Subassemblies Thereof. Plaintiff's products were the subject of the U.S. Department of Commerce's countervailing duty administrative review, for which the final results were published as *Mobile Access Equipment and Subassemblies Thereof From the People's Republic of China: Final Results of Countervailing Duty Administrative Review; 2022,* 90 Fed. Reg. 59,492 (Dec. 19, 2025).

Dingli participated as a party in the above-referenced administrative review and is an interested party described in section 771(9)(A) of the Tariff Act of 1930, as amended, 19 U.S.C. §1677(9)(A). Dingli accordingly has standing to bring this action under 19 U.S.C. §1516a(d) and 28 U.S.C. §2631(c).

2. <u>Brief description of the contested determination:</u>

Dingli contests the U.S. Department of Commerce's final results in *Mobile Access Equipment and Subassemblies Thereof From the People's Republic of China: Final Results of Countervailing Duty Administrative Review; 2022,* dated December 19, 2025, finding that Dingli's exports of subject merchandise are subject to a 32.26% countervailing duty rate.

3.  Effective date of the determination:

The International Trade Administration of the U.S. Department of Commerce issued the *Final Results* in the above referenced administrative review on December 19, 2025 (90 Fed. Reg. 59,492).

4.  Date of publication in the Federal Register:

The contested *Final Results* in the above-referenced case were published in the Federal Register on December 19, 2025 (90 Fed. Reg. 59,492).

        Respectfully submitted,

        */s/ Andrew T. Schutz*
        Andrew T. Schutz
        Jordan C. Kahn
        Michael S. Holton
        Eve Q. Wang

        GRUNFELD, DESIDERIO, LEBOWITZ
        SILVERMAN & KLESTADT LLP

        1201 New York Ave., NW
        Suite 650
        Washington, DC 20005
        (202) 783-6881

Dated:  January 20, 2026

Form 3-2

# SERVICE OF SUMMONS BY THE CLERK

If this action, described in 28 U.S.C. §1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

Attorney-In-Charge
International Trade Field Office
Commercial Litigation Branch
**U.S. Department of Justice**
Room 346
26 Federal Plaza
New York, New York 10278

Director, Civil Division
Commercial Litigation Branch
**U.S. Department of Justice**
1100 L Street, NW
Washington, DC 20005

General Counsel
Office of the Chief Counsel for Import Administration
**U.S. Department of Commerce**
14th Street & Constitution Ave., NW
Washington, D.C. 20230

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Sept. 18, 2018, eff. Oct. 15, 2018; Oct. 1, 2025, eff. Oct. 1, 2025; Oct. 23, 2025, eff. Dec. 1, 2025.)