## IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| **ZHEJIANG DINGLI MACHINERY CO., LTD.,** | |
| **Plaintiff,** | **Before: Hon. Claire R. Kelly** |
| | **Judge** |
| **v.** | |
| **UNITED STATES,** | **Court No. 26-00756** |
| **Defendant.** | |

### CONSENT MOTION TO INTERVENE AS A MATTER OF RIGHT

Pursuant to Rules 24(a) and (c) of the Rules of the United States Court of International Trade, the Coalition of American Manufacturers of Mobile Access Equipment (the "Coalition"), by and through its attorneys, respectfully requests that the Court grant this consent motion to intervene as a matter of right in the above-captioned action as defendant-intervenor.

Plaintiff Zhejiang Dingli Machinery Co., Ltd. ("Dingli"), instituted this action pursuant to 19 U.S.C. §§ 1516a(a)(2)(A)(i) and 1516a(a)(2)(B)(i) to contest the determination made by the U.S. Department of Commerce (the "Department") in *Mobile Access Equipment and Subassemblies Thereof from the People's Republic of China*, 90 Fed. Reg. 59,492 (Dep't Commerce Dec. 19, 2025) (final results of countervailing duty admin. rev.; 2022), as amended by *Mobile Access Equipment and Subassemblies Thereof from the People's Republic of China: Amended Final Results of Countervailing Duty Administrative Review*; 2022, 91 Fed. Reg. 3,121 (Dep't Commerce Jan. 26, 2026) (amended final results of countervailing duty admin rev.; 2022). *See* Compl. (Feb. 19, 2026), ECF No. 9 ("Compl.").

The Coalition may intervene in this action as a matter of right. Pursuant to 28 U.S.C. § 2631(j)(1), anyone who "would be adversely affected or aggrieved by a decision in a civil action pending in the Court of International Trade" may seek to intervene in that action. *See* 28 U.S.C.

Ct. No. 26-00756

§ 2631(j)(1). Moreover, in a civil action under 19 U.S.C. § 1516a, "an interested party who was a party to the proceeding in connection with which the matter arose" may intervene as a matter of right. *Id.* § 2631(j)(1)(B). An "interested party" includes, *inter alia*, an association of whose members is composed of interested parties. 19 U.S.C. § 1677(9)(F); 28 U.S.C. § 2631(k)(1). Member companies of the Coalition are domestic producers of the domestic like product and participated in the countervailing duty administrative review that is the subject of this appeal, including through the submission of new subsidy allegations, benchmark submissions, a case brief, and a rebuttal brief. Accordingly, the Coalition is an "interested party" under 19 U.S.C. § 1677(9)(F) and a "party to the proceeding" under 28 U.S.C. § 2631(j)(1)(B), and it may intervene in the above-captioned actions as a matter of right pursuant to 28 U.S.C. § 2631(j)(1)(B).

Plaintiff filed a complaint in this action on February 19, 2026. *See* Compl. This motion is being made within thirty days after the date of service of Plaintiff's complaint and, therefore, is timely under Rules 24(a) and 6(a) of this Court.

As required by Rules 7(b) and 7(f) of this Court, counsel for the Coalition has consulted with the parties to this action concerning this motion. Counsel for Plaintiff Dingli, Jordan C. Kahn of Grunfeld Desiderio Lebowitz Silverman & Klestadt, LLP, indicated via email on March 18, 2026 that Plaintiff consents to the motion. Counsel for Defendant United States, Oliver J. McDonald of the U.S. Department of Justice, indicated via email on March 20, 2026 that Defendant consents to the motion.

Therefore, we respectfully request that the Court grant the Coalition's consent motion to intervene as a matter of right as defendant-intervenor in the above-captioned action.

2

Ct. No. 26-00756

Respectfully submitted,

*/s/ Timothy C. Brightbill*
Timothy C. Brightbill, Esq.
Laura El-Sabaawi, Esq.
Elizabeth S. Lee, Esq.
Theodore P. Brackemyre, Esq.
Paul A. Devamithran, Esq.

**WILEY REIN LLP**
2050 M Street, NW
Washington, DC 20036
(202) 719-7000

*Counsel to Coalition of American*
*Manufacturers of Mobile Access Equipment*

Dated: March 23, 2026

### IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

|  |
|---|
| **ZHEJIANG DINGLI MACHINERY CO., LTD.,**<br><br>                    **Plaintiff,**<br><br>        **v.**<br><br>**UNITED STATES,**<br><br>                    **Defendant.** |

**Before: Claire R. Kelly**
**Judge**

**Court No. 26-00765**

### ORDER

Upon consideration of the consent motion of the Coalition of American Manufacturers of Mobile Access Equipment (the "Coalition") to intervene as a matter of right as defendant-intervenor in the above-captioned action, it is hereby

**ORDERED**, that the Coalition's consent motion to intervene is granted, and it is further

**ORDERED**, that the Coalition be entered as defendant-intervenor in the above-captioned action.

_____
Hon. Claire R. Kelly, Judge

Dated: _____, 2026
          New York, New York